LEWIS, Ex'x of Succession of John B. Lewis, et al., Appellants, v. FEDERAL RESERVE BANK OF ATLANTA, GA., et al.

No. 10002.

Circuit Court of Appeals, Fifth Circuit.

June 14, 1946.

Agnes E. Lewis, of New Orleans, La., for appellants.

Lawrence K. Benson, Fred S. Weis, J. Blanc Monroe, Monte M. Lemann, Walter J. Suthon, Jr., and Morris B. Redmann, all of New Orleans, La., for appellees.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

We are in no doubt that the dismissal order appealed from was rightly entered and should be affirmed.

On the argument it appeared quite plain to us on the face of the papers that this was so, and we were disposed to so announce. In view, however, of appellants' earnest insistence to the contrary, we have carefully reread the record, subjecting it to the most critical inspection and analysis, and we have found no support in it whatever for appellants' view. This being so, no useful purpose would be served by setting any of the record out here. It is sufficient to say that the judgment was right and must be affirmed.

John MYERS, Appellant, v. READING COMPANY.

No. 9102.

Circuit Court of Appeals, Third Circuit.

Argued May 20, 1946.

Decided May 29, 1946.

B. Nathaniel Richter, of Philadelphia, Pa. (Benjamin Fertik, of Philadelphia, Pa., on the brief), for appellant.

Henry R. Heebner, of Philadelphia, Pa. (Wm. Clarke Mason, of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

In this case the District Judge set aside a verdict of a jury and entered judgment for the defendant. The general verdict was accompanied by special interrogatories the answers to which disposed of the main theory of the plaintiff's case. The District Court concluded that the plaintiff, as a matter of law, had failed to make out a case under the statute. We agree with that conclusion.

Affirmed.